Now I'm going to hear Appellate's argument in the case of Frein v. Nancy Pelosi. I believe we have Mr. Frein as the appellate on submission for the capillary. Frein, you can take your spot there. I'm supposed to move these. Is it going up? Okay. Am I good? All right. Not sure what to say. I've had ongoing problems since early 2005. A teenage kid was shot to death right across the street from my house. And shortly after, a new director came into our company. He seemed like he was very quiet and cagey when he came in. In retrospect, it seems suspicious. I don't know what you think. Like he was, like he was, he came in with intent to hurt me. My career was destroyed shortly after that. I had been there for, this was in 2005. I had started in December 3rd of 1999. I had been there for years. And I, well, anyway, so this man came in. I don't know if, the officer who shot the kid was a customs officer. He wasn't from the area. In that neighborhood, that man could have called the police at 10 o'clock at night. And that party across the street that he was so upset about, I mean, he went out and threw a temper tantrum. He went out in his bathrobe with a gun in one pocket and a badge in the other pocket and his slippers. Somebody had said, you know, between, like, there's a little hallway like about this wide. And then it goes down to a door on one side and a door on the other side. It's kind of dark. He was standing in that alleyway, in a kind of dark alleyway. And as some kids were passing by, punted a beer can at them. And one of the kids, I talked to one of the kids who was there later. And he said they asked what he was doing, you know. And the guy came running out, said, you want to F with the cop? And then smashed the one kid in the head with his gun. And the second brother, those two are brothers, and they were with the third guy. And the second brother asked what he was doing. And the guy just blam, like, boom, right, like, shot him right in the head. And he was dead on the scene. I was across the street in my apartment. And it surprises me in retrospect. I thought for sure the dates were wrong. But I looked at the weather, historical weather. And because usually during the evening I'll open up all the windows. This is in California where my mother lives. And it'll get, you know, up in the 80s and 90s. And then I'll just open all the windows. It gets down in the 60s at night because we're close to the beach. And it just cools the house down. So I heard the gunshot. I heard the commotion. I didn't really see anything. And this is odd because the family asked that I call a hotline. And I called a sheriff's hotline. It wasn't for Homeland Security. The person I contacted was the sheriff's department. The sheriff's department asked me two questions, my first name, my last name. And then a third question, was I right there when it happened? And I wasn't. I was across the street at my house. The shot of the gun sounded like a firecracker to me. And I heard the commotion. I heard, like, a curdling scream of death. And I was just, you know, just trying to be helpful. And I sincerely think, you know, maybe that Strickland guy, maybe he got caught. I don't know. This was a customs officer living next to a DEA officer. There was a DEA officer who also witnessed for him, validated all of his story, got him off. He was acquitted. He got no charges for that. I don't know. Anyway, there's a lot of suspicious things. I haven't had a safe place to live for years. My career was just completely destroyed. This gentleman who came into the company right after that was very cagey and weird with me, promoted me to move to North Carolina. And now this is another strange, hard-to-explain thing. And this is the first time I noticed this. It may have been going on for years because I had a back injury at work. But somebody has something like, I don't know what frequency, a non-visible light frequency, similar to like say the frequency that a cellular tower emits, configured in like a laser weapon. And somebody, this has happened repeatedly all the time. You know, like I'm on a schedule. Like they attack me in the lungs. They attack me in, I'm always, every day my back is getting injured. I have to wear a thick lid plate. This has been going on since I requested help, since I wrote a letter to my congressman, who's no longer in office, John Campbell. So I put the lawsuit against the Speaker of the House. I'd like to also note, which is in my brief, the Speaker of the House, during the time when this, when I requested help in 2010, I believe was a convicted child molester. That's in my brief. His name, the judgment. I have the federal district court hearing of the Illinois congressman who was the Speaker at the time. So, and I've had no way to get help. I've moved nine times to, I moved from California. I went up to Canada. I came back down almost immediately. These people swarmed in around me at the airport, attacking me with these laser weapons. And the state of New York is trying to make it look like I have a mental illness, is what I feel like. I was called delusional and paranoid. Well, Mr. Fein, what I'm puzzled about is what does Ms. Pelosi have to do with this? You mentioned someone else who was the Speaker. My congressman is out of office. This all follows the 2002 Homeland Security Act. And I think you guys should, I don't know. They need to act. And I think there's a flaw in the security of Homeland Security. So Homeland Security is integrated into the FBI. It's integrated into the FBI, the marshals, my sheriffs. I was at my hot tub one night, and a woman from the sheriff's department had told me that the Homeland Security integrated into the sheriff's department. I don't know if this is true. Well, I mean, I hear that. I mean, I hear what you're saying about Homeland Security being implicated in some of these events. That I understand what you're saying. But I'm still trying to, what exactly do you say Ms. Pelosi did that harmed you in any way? Not necessarily Pelosi per se. But I do think that the implementation of the Homeland Security Act without, like, checks and balances. Without a way for, if a Homeland Security officer does something. I mean, I have no way to get help now. And they can just follow me around the country. You could sue them, right? Homeland Security? Yeah, the people who are following you around. How do I get their names? Douglas William Bates has a death certificate now, and I don't think he's dead. I think I witnessed him in Buffalo back in 2022 in a Buffalo police car. I think he's involved with the mayor of Buffalo criminally. I hear what you're saying, but I'm still having a little trouble understanding what, and the person you're suing. I hear what you're saying. I don't, yeah. If you sue somebody else, then we'd be asking the same question about that person, I suppose. What did that person do? Yeah, yeah. So, this, what, I understand what you're saying. And I don't think it's Pelosi per se, but I do think that the Continental Congress, because this man was, I mean, this man was. I don't know how he got, how he got accepted into Homeland Security, but what he did was unbelievable. I mean, everybody knows, you know, you call the police and they just come right out and, you know, they would have shut that down. And this guy, he was, I don't know. I mean, it seems like they did a really, really poor job of screening some of these people for their character, their backgrounds, their parents. I don't know. But he was in the military. He was, I believe, a Marine. So, you're saying that Homeland Security is somehow responsible for this? Correct. For training or? Correct. And screening. And then having somewhere that, you know, if there's a problem, to check and balance it also. And prevent them from being able to, you know, because they can just go in and influence the marshals. They can go in and influence the FBI, from what I'm to understand. And because of also a local sheriff in my mother's neighborhood, because they were upset about this also. Because, anyway, and they told me that they integrated in together. So, my reason for putting the lawsuit on Pelosi, and I don't think that she should be responsible. I think that you guys should make them act to correct these problems. And perhaps include some sort of damages for me in the Congressional Act. But you're right. It wouldn't be fair to take money out of Pelosi's savings and personal wealth to cover my damages. Whereas other people, I do have other names that I could sue in this case. But I really think that she should be responsible for collecting, you know, money back from them. And prosecuting. I don't think anybody's ever been prosecuted. Okay, I think I understand your position. And one other thing. Can I get up some more? I'm really dehydrated. Actually, Mr. Freund, your time is up. Last but not least, I sincerely think they blackmailed my sheriffs. And over the years, I've discovered back in 1996, one of my neighborhood, there was supposedly vandalism. But I don't think there ever was vandalism. I think that the homeowner or the president and my sheriff who lives across the street from my mother embezzled $60,000. Because at that time, my grandfather had a problem with this bull. Almost the exact same problem, except if we didn't have to jackhammer the concrete and replace all the hosing from the skimmer back to the filter, it was $1,200. And- So, Mr. Freund, I think we've got your argument. Okay, fine. And we've got your brief as well. So I appreciate it. We don't have an argument on the ability of the unsubmission. So we'll take this case under advisement and issue a decision. Okay, fantastic. Thank you very much. Thank you very much. That concludes today's argument. So if the clerk will adjourn the court. Court is adjourned. Thank you very much, everybody.